

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) 2:10-CR-0312-RLH (RJJ)<br>) |
| MARTELL SIMONS, | )<br>) |
| Defendant. | ) |

**ORDER OF FORFEITURE**

This Court found on July 15, 2010, that MARTELL SIMONS shall pay a criminal forfeiture money judgment of $150,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from MARTELL SIMONS a criminal forfeiture money judgment in the amount of $150,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18,

. . .

. . .

. . .

. . .

1 United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 981(a)(1)(C) and
2 Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).
3     DATED this _18_ day of _October_, 2010.

                                                                   _____
                                                                    UNITED STATES DISTRICT JUDGE